

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00162-CV

Jordan **GUNTER**,
Appellant

v.

**CARROLL & HINOJOSA PLLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-07466
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED August 18, 2021.

_____
Rebeca C. Martinez, Chief Justice